(December 3, 1970)

In the Matter of 601 WEST 26 CORP. et al., Appellants, v. DEPARTMENT OF INVESTIGATION OF THE CITY OF NEW YORK, Respondent.—

Concur — McGivern, J. P., Nunez, McNally and Tilzer, JJ.